LAW OFFICES OF ALLEN H. FLEISHMAN
Allen H. Fleishman, SBN 50508
79 Devine Street, Suite 200
San Jose, Ca 95110
(408) 975-1075
Fax (408) 288-2799

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*********

| | |
|---|---|
| ALLSTATE CASUALTY INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TIMOTHY GRIFFIN, an individual; and MELISSA MORELAND, an individual,<br><br>　　　　　　Defendant.<br>_____/ | Case No.:C-05-00292-PVT<br>**ORDER ON<br>STIPULATION TO FURTHER CASE MANAGEMENT CONFERENCE DATE** |

The parties hereto stipulate to a FURTHER CASE MANAGEMENT CONFERENCE in this matter on February 14, 2006 at 2:00 p.m. in courtroom 5.

Date:_____        _____/s/_____
                                       Allen H. Fleishman, Attorney for Melissa Moreland

Date:                _____/s/_____
_____Brandon Fish, Attorney for Allstate Casualty Insurance

　　　　　　　　　　　　　　　　**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　DATE:  1/12/06