UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY GRIFFIN and MELISSA MORELAND,<br><br>　　　　　　Defendants. | Case No.: C 05-00292 PVT<br><br>**FURTHER CASE MANAGEMENT CONFERENCE ORDER** |

On February 14, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for further Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

Discovery Cutoff..........................................................................................May 26, 2006

Plaintiff's Designation of Experts with Reports.............................................May 26, 2006

Expert Discovery Cutoff................................................................................June 30, 2006

Supplemental Disclosures Pursuant to Rule 26(e)............................................July 7, 2006

Last Day to File Dispositive Motions.............................................................July 21, 2006

Pretrial Conference...........................................................September 19, 2006 at 2PM

1 | Trial .....................................................................................October 2, 2006 at 9:30AM

2 | IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev. 1/5/06), a copy of which is attached hereto,[1] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *February 14, 2006*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] A copy of Judge Trumbull's standing order is available from the clerk of the court. It is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."