UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE CASUALTY INSURANCE CO.,<br><br>               Plaintiff,<br><br>   v.<br><br>TIMOTHY GRIFFIN and MELISSA MORELAND,<br><br>               Defendants. | Case No.: C 05- 0292 PVT<br><br>**ORDER CONTINUING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |

On July 18, 2006, Defendant Melissa Moreland ("Moreland") filed a second Motion for Summary Judgment.[1] On July 20, 2006, Plaintiff Allstate Casualty Insurance Company ("Allstate") filed its own second Motion for Summary Judgment. Both motions are currently set for hearing on September 12, 2006. As two full sets of briefing papers are neither necessary nor helpful,

IT IS HEREBY ORDERED that:

1. On or before August 15, 2006, Moreland shall file an Opposition brief to Allstate's Motion for Summary Judgment and Allstate shall file an Opposition

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

brief to Moreland's Motion for Summary Judgment;

2. Absent further Order of the Court, neither side may file any Reply Briefs; and

3. The Hearing for the Motions for Summary Judgment shall be on September 19, 2006 at 10:00 a.m.

Dated: July 20, 2006

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge