1  Law Offices of Allen H. Fleishman
   Allen H. Fleishman, Esq. (SBN 50508)
2  79 Devine Street, Suite 200
   San Jose, Ca 95110
3  (408) 975-1075
   Fax (408) 288-2799
4
   Attorney for Defendant
5  MELISSA MORELAND

6                  UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT

8                          *********

9  ALLSTATE CASUALTY INSURANCE          Case No.: C0500292 PVT
   COMPANY, an Illinois Corporation
10                                       **[PROPOSED] ORDER TO CONTINUE**
             Plaintiff,                  **TRIAL DATE**
11
        v.
12

13 TIMOTHY GRIFFIN, MELISSA
   MORELAND                              Before the Honorable Patricia V. Trumbull
14
             Defendants.
15 _____/      Trial Date: October 2, 2006

16 Upon review of the *Stipulation to Continue Trial Date*, the Court ORDERS the following:

17 1.   The trial date continued to February 19, 2007 at 9:30 A.M.

18 2.   The pre-trial conference date continued to February 6, 2007 at 2:00 P.M.

19 3.   Documents required to be filed 10 days prior to the case management conference shall

20      be due January 22, 2007.

21
   Date: August 22, 2006
22                                        *Patricia V. Trumbull*
                                          _____
23                                        PATRICIA V. TRUMBULL
                                          United States Magistrate Judge
24

**Stipulation to Continue Trial Date**          Page 1 of 1