|   |   |
|---|---|
| 1 | Law Offices of Allen H. Fleishman |
|   | Allen H. Fleishman, Esq. (SBN 50508) |
| 2 | 79 Devine Street, Suite 200 |
|   | San Jose, Ca 95110 |
| 3 | (408) 975-1075 |
|   | Fax (408) 288-2799 |
| 4 |   |
|   | Attorney for Defendant |
| 5 | MELISSA MORELAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

*********

| ALLSTATE CASUALTY INSURANCE COMPANY, an Illinois Corporation | Case No.: C0500292 PVT |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE |
| v. |   |
| TIMOTHY GRIFFIN, MELISSA MORELAND | Before the Honorable Patricia V. Trumbull |
| Defendants.                                    / | Trial Date: October 2, 2006 |

Upon review of the *Stipulation to Continue Trial Date*, the Court ORDERS the following:

1. The trial date continued to February 19, 2007 at 9:30 A.M.

2. The pre-trial conference date continued to February 6, 2007 at 2:00 P.M.

3. Documents required to be filed 10 days prior to the pre-trial conference shall be due January 22, 2007.

Date: August 22, 2006

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

**Stipulation to Continue Trial Date**          Page 1 of 1